**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:10-CR-321-RLH (PAL) |
| RONALD CORNELL MATUSEK, a/k/a Kenneth Ray Paul, | ) |
| Defendant. | ) |

**ORDER OF FORFEITURE**

On July 15, 2010, defendant RONALD CORNELL MATUSEK, a/k/a Kenneth Ray Paul pled guilty to Count Four of a Four-Count Criminal Information charging him with Bank Fraud, in violation of Title 18, United States Code, Section 1344 and agreed to the forfeiture of property set forth in the Forfeiture Allegations in the Criminal Information.

This Court finds that RONALD CORNELL MATUSEK, a/k/a Kenneth Ray Paul shall pay a criminal forfeiture money judgment of $594,636.63 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2); and Title 21 United States Code, Section 853(p).

. . .

. . .

. . .

1  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United
2  States recover from RONALD CORNELL MATUSEK, a/k/a Kenneth Ray Paul a criminal forfeiture
3  money judgment in the amount of $594,636.63 in United States Currency.
4  DATED this 19th day of July, 2010.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Alexandra M. McWhorter, certify that the following individuals were served with copies of the Order of Forfeiture on July 16, 2010 by the below identified method of service:

E-mail/ECF

Robert M. Draskovich, Jr.
Robert M. Draskovich, Chtd.
815 S. Casino Center
Las Vegas, NV 89101
Email: emagana@draskovich.com
*Counsel for Ronald Cornell Matusek, a/k/a Kenneth Pay Paul*

    /s/AlexandraMMcWhorter
ALEXANDRA M. MCWHORTER
Forfeiture Support Associate Paralegal

3